UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-10926-JFW(AFMx)**　　　　　　　　　　　Date:  July 6, 2020

Title:  Veronica Mathias -v- Rosegarden Center, LLC, et al.

---

**PRESENT:**

　　　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　**DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

On June 16, 2020, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time.

On June 23, 2020, plaintiff filed a request for entry of default [15].

On June 25, 2020, the clerk issued a notice to filer of deficiencies re request for entry of default [16].

On June 26, 2020, the Court continued the Order to Show Cause to June 30, 2020 [17] to allow plaintiff time to correct the deficiencies noted by the Clerk [16].

Plaintiff was to respond to the Court's Order to Show Cause no later than June 30, 2020.

As of the date of this Order, there has been no response to the Court's Order to Show Cause. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr